# PLAINTIFF'S EXHIBIT [# 2]

# DEFENDANT'S SERVICE DEPT. TEXT MESSAGE WITH PLAINTIFF'S REPLY

Jack Taylor's Alexandria Toyota

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Wednesday, July 8, 2026 at 06:28 AM EDT

97% 6:26 AM

+17032151107

Wednesday, January 25, 2023

Just confirming that I'll update you about your xB by text. If you have any questions while it is in our care please text me back. Thanks - Tommy
1:04 PM

1:04 PM Okay thank you.

Your xB is ready. For your convenience please use our express pay by clicking on the following link https://t.unotifi.com/t/ttYRfQa . Please let us know if you have any coupons before paying. Thanks for servicing with Alexandria Toyota
2:13 PM

Friday, January 27, 2023

Hi Beaufort this is Laura the Customer Relations Manager at Alexandria Toyota. It was

Enter message