# PLAINTIFF'S EXHIBIT [# 3]

# DEFENDANT'S ELEVEN (11) IDENTICAL TEXT MESSAGES WITHOUT CONSENT

Jack Taylor's Alexandria Toyota text message [#1] without consent

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Thursday, April 23, 2026 at 06:53 PM EDT

30% 6:49 PM

1 571-609-4956

Monday, May 19, 2025

Hey Beaufort, need service soon? We just sent you some offers to help keep your Toyota in great shape this month. Check your email or call us at 276-800-6560 to get started!

Send STOP to opt out.

12:13 PM

Enter message

Yahoo Mail: Search, Organize, Conquer

Jack Taylor Alexandria Toyota text message number 2 without consent

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Thursday, April 23, 2026 at 06:53 PM EDT

30% 6:49 PM

1 571-609-4956

Monday, June 23, 2025

Hey Beaufort, need service soon? We just sent you some offers to help keep your Toyota in great shape this month. Check your email or call us at 276-800-6560 to get started!

Send STOP to opt out.

1:51 PM

Enter message

Yahoo Mail: Search, Organize, Conquer

Jack Taylor's Alexandria Toyota text message [#3] without consent

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Thursday, April 23, 2026 at 06:54 PM EDT

29% 6:49 PM

1 571-609-4956

Monday, July 14, 2025

Hey Beaufort, need service soon? We just sent you some offers to help keep your vehicle in great shape this month. Check your email or call us at 276-800-6560 to get started!

Send STOP to opt out.

1:40 PM

Enter message

Yahoo Mail: Search, Organize, Conquer

Jack Taylor's Alexandria Toyota text message [#4] without

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Thursday, April 23, 2026 at 06:55 PM EDT

29% 6:49 PM

1 571-609-4956

Tuesday, August 19, 2025

Hey Beaufort, need service soon? We just sent you some offers to help keep your vehicle in great shape this month. Check your email or call us at 276-800-6560 to get started!

Send STOP to opt out.

12:33 PM

Enter message

Yahoo Mail: Search, Organize, Conquer

Jack Taylor's Alexandria Toyota text message [#5] without consent

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Thursday, April 23, 2026 at 06:57 PM EDT

29% 6:50 PM

1 571-609-4956

Monday, September 22, 2025

Hey Beaufort, need service soon? We just sent you some offers to help keep your vehicle in great shape this month. Check your email or call us at 276-800-6560 to get started!

Send STOP to opt out.

4:57 PM

Enter message

Yahoo Mail: Search, Organize, Conquer

Jack Taylor's Alexandria Toyota text message [#6] without consent

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Thursday, April 23, 2026 at 06:57 PM EDT

29% 6:50 PM

1 571-609-4956

Wednesday, October 15, 2025

Hey Beaufort, need service soon? We just sent you some offers to help keep your vehicle in great shape this month. Check your email or call us at 276-800-6560 to get started!

Send STOP to opt out.

3:51 PM

Enter message

Yahoo Mail: Search, Organize, Conquer

Jack Taylor's Alexandria Toyota text message [#7] without consent

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Thursday, April 23, 2026 at 06:58 PM EDT

29% 6:50 PM

1 571-609-4956

Monday, November 10, 2025

Hey Beaufort, need service soon? We just sent you some offers to help keep your vehicle in great shape this month. Check your email or call us at 276-800-6560 to get started!

Send STOP to opt out.

5:02 PM

Enter message

Yahoo Mail: Search, Organize, Conquer

Jack Taylor's Alexandria Toyota text message [#8] without

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Thursday, April 23, 2026 at 06:59 PM EDT

29% 6:50 PM

1 571-609-4956

Monday, December 8, 2025

Hey Beaufort, need service soon? We just sent you some offers to help keep your vehicle in great shape this month. Check your email or call us at 276-800-6560 to get started!

Send STOP to opt out.

5:12 PM

Enter message

Jack Taylor's Alexandria Toyota text message [#9] without consent

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Thursday, April 23, 2026 at 07:00 PM EDT

29% 6:50 PM

1 571-609-4956

Tuesday, January 13, 2026

Hey Beaufort, need service soon? We just sent you some offers to help keep your vehicle in great shape this month. Check your email or call us at 276-800-6560 to get started!

Send STOP to opt out.

1:53 PM

Enter message

Yahoo Mail: Search. Organize. Conquer

Jack Taylor's Alexandria Toyota text message [#10] without consent

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Thursday, April 23, 2026 at 07:01 PM EDT

29% 6:51 PM

1 571-609-4956

Monday, February 16, 2026

Hey Beaufort, need service soon? We just sent you some offers to help keep your vehicle in great shape this month. Check your email or call us at 276-800-6560 to get started!

Send STOP to opt out.

12:22 PM

Enter message

Yahoo Mail: Search, Organize, Conquer

Jack Taylor's Alexandria Toyota text message [#11] without consent

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Thursday, April 23, 2026 at 07:02 PM EDT

29% 6:51 PM

1 571-609-4956

Wednesday, March 11, 2026

Hey Beaufort, need service soon? We just sent you some offers to help keep your vehicle in great shape this month. Check your email or call us at 276-800-6560 to get started!

Send STOP to opt out.

1:00 PM

Enter message

Yahoo Mail: Search, Organize, Conquer