# U.S. District Court

## Virginia Eastern - Alexandria

Receipt Date: Jul 14, 2026 11:58AM

B. NICKSON

Rcpt. No: 100017400 Trans. Date: Jul 14, 2026 11:58AM Cashier ID: #JB (3392)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |
| | Total Cash Received: | $0.00 |

**Comments**: NEW CIVIL FILING- CASE# 1:26cv2098

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.