**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| BEAUFORT NICKSON,<br><br>Plaintiff,<br><br>v.<br><br>KODY IMPORTS III LLC, doing business as Alexandria Toyota,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-02098 (RDA/WBP) |

**ORDER**

The Court ordered Plaintiff Beaufort Nickson to Show Cause why the Court should not impose sanctions, including dismissal of this action, for his failure to appear at an October 16, 2026, hearing. (ECF No. 23.) For the reasons stated on the record at the October 23, 2026, hearing (recorded on the Court FTR System), the Court DISMISSES the Rule to Show Cause. (ECF No. 23.)

Entered this 26th day of October 2026.

William B. Porter
United States Magistrate Judge

Alexandria, Virginia